```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

SHEILA J. DAVIS                                         PLAINTIFF

    v.    Civil NO. 2:12-cv-02056-RTD-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                          DEFENDANT

## JUDGMENT

On this 17th day of April, 2013, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412.  ECF Nos. 16, 17.  On March 25, 2013, a Report and Recommendation was filed by the Honorable James R. Marschewski.  ECF No. 19.  Fourteen days have passed without objection.  The undersigned finds that the Report and Recommendation should be adopted *in toto* and hereby awards Plaintiff fees in the amount of $4,106.75.

IT IS SO ORDERED.

                        */s/ Robert T. Dawson*
                        Honorable Robert T. Dawson
                        United States District Judge